# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| SHEILA ALLEN, et al., <br>         Plaintiffs <br> v. <br><br> J.P. MORGAN CHASE BANK, N.A. <br>         Defendant. | Case No. 15-3425 <br><br> On Appeal from the United States <br> District Court for the Northern District <br> of Illinois, Eastern Division <br><br> Case No. 1:13-cv-08285 <br><br> Rebecca R. Pallmeyer, District Court Judge |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Appellee, the Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own costs.

Dated: January 20, 2016

Respectfully submitted,

By:    /s/ *Christopher A. Bandas*
        Christopher A. Bandas
        BANDAS LAW FIRM, P.C.
        500 North Shoreline Blvd., Suite 1020
        Corpus Christi, Texas 78401
        Tel: (361) 698-5200
        Fax: (361) 698-5222
        cbandas@bandaslawfirm.com

*Attorneys for Appellant Robert Burack*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

/s/ *Christopher A. Bandas*
Christopher A. Bandas